April 25, 2008

**VIA ELECTRONIC FILING & FACIMILE**
**718-260 2634**

Honorable Nicholas G. Garaufis
District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       RE: Case No.: CR 03-1382 (S-1)

Dear Judge Garaufis:

The undersigned attorney represents **Sandro Aiosa**. The court may remember Mr. Aiosa was arrested in 2003 and sentenced to one year and a day imprisonment, and three years supervised release.

Mr. Aiosa has been an exemplary probationer during his time under supervised release. He has cooperated fully with probation, and has had no incidents, to my knowledge, whatsoever. In fact, Mr. Aiosa, in the past, has been able to travel overseas to establish a new business in the Granite and Tile industry. Currently, Mr. Aiosa has requested from his probation officer permission to travel to Orlando Florida. His request was denied.

Counsel most respectfully requests this court to allow Mr. Aiosa to travel to Orlando Florida for business purposes to attend a Granite and Ceramic Tile convention, which I believe is at the Orlando Convention Center.

He will be departing New York on April 29th and will return May 3rd, and will be staying at the Peabody Hotel in Orlando Florida.

Due to the time sensitive nature of this request, I have not been able to speak to the United States Probation office, nor was I able to speak with the Office of the United States Attorney.

Kindly contact the undersigned at any time if you have any questions.

                                                Very truly yours,

                                                Gerard M. Marrone
                                                GMM 4102

Created by trial version, http://www.pdf-convert.com