**DOCKET NUMBER**: CR 03-1382 / 10-866  (NGG)

## CRIMINAL CAUSE FOR GUILTY PLEA

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: GARAUFIS   **DATE**: JANUARY 6, 2011   **TIME IN COURT** ___ **HRS** 60 **MINS** @ 2:30 PM

**1. DEFENDANT**:  SANDRO AIOSA

Present X   Not Present        Custody    Not Custody X

**DEFENSE COUNSEL**: OLIVER STORCH

   Federal Defender         CJA              RETAINED X

**2. DEFENDANT**:

**DEFENSE COUNSEL**:

**3. DEFENDANT**:

**DEFENSE COUNSEL**:

**4. DEFENDANT**:

**DEFENSE COUNSEL**:


**A.U.S.A.**: JACQUELYN  RASULO

**COURT REPORTER**: MICHELE NARDONE

**INTERPRETER**:   **LANGUAGE**:

| | | | |
|---|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ | Arraignment | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ | Motion Hearing |
| ☐ | Violation | ☐ | Hearing |
| ☐ | Status Conference | ☐ | Sentencing |
| ☐ | Bail Revocation Hearing | ☐ | Motion for sentence reduction |
| ☐ | Voir Dire Begun   ☐ Voir Dire Held | ☐ | Jury selection  ☐ Jury trial |
| ☐ | Jury Trial Death Penalty  ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start**:     **Speedy Trial Stop**:    **CODE TYPE**: XT
**Do these minutes contain ruling(s) on motion(s)?**        YES              NO   X

THE DEFENDANT PLEADS GUILTY TO CHARGE 1 OF THE VIOLATION REPORT (CR 03-1382 (S-1) DATED JANUARY 30, 2009 AND TO THE SINGLE-COUNT INFORMATION (CR 10-866). SENTENCING IS SCHEDULED FOR FRIDAY, APRIL 15, 2011 AT 11:30 AM.