UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    United States of America

    -vs-

    Sandro AIOSA
-----------------------------------------------------------X
NICHOLAS G. GARAUFIS, U.S.D.J.

ORDER

03-CR-1382(NGG)

It is hereby ordered that the collateral requirement of the appearance bond for the above case be exonerated; specifically property located at 2980 Trinity Street, Oceanside, New York 11572.

So Ordered.

s/Nicholas G. Garaufis

Nicholas G. Garaufis U.S.D.J.

Dated: January 13, 2011
       Brooklyn, New York

cc: A.U.S.A. Jacquelyn Rasulo